JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

HELADIO DIAZ,                           )   Case No. EDCV 12-00363-MLG
                                        )
            Plaintiff,                  )   JUDGMENT
                                        )
      v.                                )
                                        )
MICHAEL J. ASTRUE,                      )
Commissioner of the                     )
Social Security Administration,         )
                                        )
            Defendant.                  )
_____)


**IT IS ADJUDGED** that this action is remanded to Defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Memorandum Opinion and Order.


DATED: October 3, 2012

_____
MARC L. GOLDMAN
United States Magistrate Judge